ACCEPTED
13-15-00300-CR
THIRTEENTH COURT OF APPEALS
CORPUS CHRISTI, TEXAS
8/5/2015 5:01:52 PM
CECILE FOY GSANGER
CLERK

**FILED**
IN THE 13TH COURT OF APPEALS
CORPUS CHRISTI

8/5/15

**DORIAN E. RAMIREZ, CLERK**
BY DTello

NO. 13-15-00300-CR

IN THE COURT OF APPEALS

FOR THE THIRTEENTH SUPREME JUDICIAL DISTRICT OF TEXAS

AT CORPUS CHRISTI, TEXAS

FILED IN
13th COURT OF APPEALS
CORPUS CHRISTI/EDINBURG, TEXAS
8/5/2015 5:01:52 PM
VOID AM
CECILE FOY GSANGER
Clerk

KRISTIN BOWLING,

*RELATOR*

RECEIVED IN
13th COURT OF APPEALS
CORPUS CHRISTI/EDINBURG, TEXAS
8/5/2015 5:01:52 PM
CECILE FOY GSANGER
Clerk

vs.

HONORABLE JACK PULCHER,

*RESPONDENT*

## SUPPLEMENTAL BRIEF AND MOTION TO STRIKE DISTRICT ATTORNEYS LAST FILING WITH THE COURT OF APPEALS

On Appeal from Cause Number 14-AC-0466
in the 105th District Court of Kleberg County, Texas,
Honorable Jack Pulcher, Judge Presiding

ATTORNEYS FOR RELATOR

DAVID T. GARCIA
Attorney at Law
721 E King Ave.
Kingsville, Texas 78363
Ph.: (361) 595-4142
Fax: (361) 595-0544
State Bar No. 07631800
davidtgarcia0881@gmail.com

JAIME CARRILLO
CARRILLO LAW OFFICE, L.L.P.
721 E. King Ave.
Kingsville, Texas 78363
Ph.: (361) 595-4142
Fax: (361) 595-0544
State Bar No. 03879300
carrillolawoffice@sbcglobal.net

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES Attorney for Appellant, KRISTIN BOWLING and respectfully responds to the 13th Court of Appeals inquiry.

I.

On August 5, 2015, DAVID T. GARCIA received an inquiry from the 13th Court of Appeal that they have received a notice from the Kleberg County District Attorney's Office that the criminal case against KRISTIN BOWLING had been rejected. This attorney had not received written notice of that fact.

II.

KRISTIN BOWLING was released from the Kleberg County Jail for a warrant that was issued for violation of what appellant alleges were improper bond conditions issued by a court without jurisdiction.

III.

This attorney has made this argument that the District Court lacks jurisdiction to issue pre-trial orders in cases that have not been indicted in numerous previous cases to the Court calling to the attention of the Court and the District Attorney that the continuous standing requirement of pre-trial bond conditions in cases that have not been indicted are without jurisdiction. Numerous defendants have been arrested and incarcerated under this procedure. Every time an objection has been raised, the Court has either released the defendant at a later date or not accept the case.

IV.

If it is true that the District Attorney is rejecting this case, it only serves to verify and support our position that the District Court has no jurisdiction and no reason to have a standing pre-trial order.

V.

KRISTIN BOWLING was incarcerated for over 90 days despite having an evidentiary hearing of the lack of jurisdiction of the order.

VI.

Appellant requests that the District Attorney's filing of its Notice of Rejection be struck from the record since a copy of such was not sent to the Attorney of record nor was I notified of my client's release from jail.

VII.

Without intervention by the Thirteenth Court of Appeals that the local District Court will continue to violate the Defendant's constitutional rights with its standing order requiring pre-trial conditions on bonds or cases that have not been indicted.

**WHEREFORE PREMISES CONSIDERED** appellant urges the Court to reject the notice filed by the District Clerk since it was not served on appellant's attorney. Appellant seeks to continue with her writ of mandamus and requests for an order of prohibition.

Respectfully submitted,

DAVID T. GARCIA
ATTORNEY AT LAW
721 E. KING
KINGSVILLE, TX 78363
PH: (361) 595-4142
FAX: (361) 595-0544


/s/David T. Garcia
By: _____
DAVID T. GARCIA
State Bar No. 07631800
davidtgarcia0881@gmail.com